

FILED
IN OPEN COURT

FEB - 9 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:22-cr- |
| | ) | |
| v. | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | ) | Convicted Felon in Possession of a Firearm |
| THOMAS J. LIDDLE, | ) | (Count 1) |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 924(d)(1) and |
| | ) | 28 U.S.C. § 2461 |
| | ) | Criminal Forfeiture |

**INDICTMENT**

February 2022 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**(Felon in Possession of a Firearm)**

On or about December 5, 2021, in the City of Norfolk, in the Eastern District of Virginia,

the defendant, THOMAS J. LIDDLE, knowing that he had been convicted of a crime punishable

by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm

having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).)

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.      The defendant, if convicted of the violation alleged in this Indictment, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

2.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. § 924(d) by 28 U.S.C. § 2461.)

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

*United States v. THOMAS J. LIDDLE*
Criminal No. 2:22-cr- **11**

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____

Graham M. Stolle
Special Assistant United States Attorney
Joseph DePadilla
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number – 757-441-6331
Facsimile Number – 757-441-6689
E-Mail Address – Graham.Stolle2@usdoj.gov